UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ANDRES MUNEVAR VILLAMIZAR, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-13853-IT |
| | * | |
| PATRICIA HYDE, et al., | * | |
| | * | |
| Respondents. | * | |

ORDER CLOSING CASE

TALWANI, D.J.

In light of the court's Memorandum & Order [Doc. No. 8] granting Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] and ordering a bond hearing by December 31, 2025, and Respondents' Status Report [Doc. No. 9] indicating a bond hearing was conducted on December 29, 2025, at which time Petitioner was granted bond and subsequently released, this action is CLOSED.

IT IS SO ORDERED.

February 19, 2026                                      /s/ Indira Talwani
                                                       United States District Judge